IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
22-JP-1-M

| | |
|---|---|
| USE OF CHARTS, GRAPHS & ELECTRONIC ) <br> VISUAL MATERIALS DURING OPENING ) <br> STATEMENTS & CLOSING ARGUMENTS ) <br> IN JURY TRIALS ) | ORDER |

Effective May 9, 2022, in all civil and criminal jury trials conducted before Chief United States District Judge Richard E. Myers II, counsel may use printed or electronic visual aids during opening statements and closing arguments. These visual aids may include exhibits that (i) have been admitted into evidence or (ii) are the subject of stipulation on the record by the parties. Display of any other demonstrative exhibits during opening statements—including charts, graphs, timelines, and other summaries of already-admitted documents or testimony—requires approval by the court after an opportunity for comment by opposing counsel. Depictions of approved jury instructions do not require pre-approval.

SO ORDERED this 9th day of May, 2022.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE