IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-cr-00081-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY JOSEPH FRITZINGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's Motion to Seal [DE 111]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 110 until further order of the court.

SO ORDERED this 5th day of September, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE