UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 4:20-cr-81-1M

UNITED STATES OF AMERICA          )
                                  )
                                  )
        VS.                       )          ORDER
                                  )
                                  )
ANTHONY JOSEPH FRITZINGER         )


In order that trial activities may continue without interruption, the court has directed the

deputy clerk to provide lunch for the jurors on September 12, 2024 (DAY 4). The cost of these meals

totals $146.39, plus tip in the amount of $10.00 for a total of $156.39. The clerk is DIRECTED to pay

**Domino's Pizza** the sum of $156.39 using the Court's purchase credit card.

SO ORDERED this the _13ᵗʰ_ day of September, 2024.


_Richard E Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE