IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00081-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY JOSEPH FRITZINGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the U.S. Probation Office's unopposed motion to continue the sentencing hearing in this case, presently scheduled for December 10, 2024, in Wilmington. For good cause shown, the motion is GRANTED. Defendant's sentencing hearing is CONTINUED to the February 11, 2025 term in Wilmington, North Carolina.

SO ORDERED this 31st day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE