IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00081-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY JOSEPH FRITZINGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the parties' Joint Motion for [Copies of] Defendant's Medical and Mental Health Records [DE 166]. For good cause shown, the motion is GRANTED. The United States Probation Office shall provide copies of the medical and mental health records it obtained during presentence investigation in this case to counsel for the Defendant and for the United States.

SO ORDERED this 12th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE